THE STATE OF OHIO, APPELLEE, *v.* GOODSON, APPELLANT.

[Cite as *State v. Goodson*, 130 Ohio St.3d 82, 2011-Ohio-4729.]

(No. 2011–0496—Submitted August 8, 2011—Decided September 22, 2011.)

{¶ 1} Appellant has filed a motion for reconsideration of the court's denial of the discretionary appeal in this matter, reported at 128 Ohio St.3d 1557, 2011-Ohio-2905, 949 N.E.2d 43.

{¶ 2} The motion for reconsideration is granted. The discretionary appeal is accepted. The cause is remanded to the court of appeals for application of our decision in *State v. Johnson,* 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061.

LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

O'CONNOR, C.J., and PFEIFER, J., dissent.

William D. Mason, Cuyahoga County Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellant.